UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PREFERRED MANAGEMENT PARTNERS, INC., et al.,

Plaintiff(s),

v.

BRANDON OGDEN, et al.,

Defendant(s).

2:14-CV-74 JCM (PAL)

**ORDER**

Presently before the court is the matter of *Preferred Management Partners, Inc., et al v. Ogden, et al*, case no. 2:14-cv-74-JCM-PAL.

On February 11, 2014, defendants filed a motion to dismiss (doc. # 9) and a motion to dismiss or, alternatively, transfer venue (doc. # 11). The parties filed stipulations to extend the response date for both motions to April 14, 2014.

On April 11, 2014, the parties filed a notice of settlement. (Doc. # 22). The notice indicates the parties have reached a settlement in principal as to all claims against all parties. The parties further indicate they are in the process of finalizing formal settlement documents, and that they intend to file a notice of voluntary dismissal within sixty (60) days.

. . .

. . .

. . .

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the motions to dismiss (docs. # 9, 11) be, and the same hereby are, DENIED without prejudice.

IT IS FURTHER ORDERED that the parties shall file a notice of voluntary dismissal no later than **June 6, 2014.**

DATED April 14, 2014.

James C. Mahan

**UNITED STATES DISTRICT JUDGE**